No. 570, October Term, 1951. KAWAKITA *v.* UNITED STATES, 343 U. S. 717. Rehearing denied. MR. JUSTICE FRANKFURTER and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 309, Misc., October Term, 1951. FREAPANE *v.* ILLINOIS, 342 U. S. 956. Third petition for rehearing denied.

No. 397, Misc., October Term, 1951. TATE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL., 343 U. S. 925. Second petition for rehearing denied.

OCTOBER 15, 1952.

No. 111. ROSENBERG ET AL. *v.* UNITED STATES; and
No. 112. SOBELL *v.* UNITED STATES. Orders denying certiorari, *ante,* p. 838, withheld pending the filing and disposition of petitions for rehearing on motions of counsel for petitioners.

OCTOBER 20, 1952.

No. 70. ALGONQUIN GAS TRANSMISSION CO. ET AL. *v.* NORTHEASTERN GAS TRANSMISSION CO. ET AL. The motion to withhold the order denying certiorari, *ante,* p. 818, pending the filing and disposition of a petition for rehearing is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.